| | | |
|---|---|---|
| PA 1-322-068 | SUITE LIFE OF ZACK & CODY, THE "BOSTON HOLIDAY" (1-24) | DISNEY ENTERPRISES, INC |
| PA 1-298-801 | SUITE LIFE OF ZACK & CODY, THE "PRINCE & THE PLUNGER" (1-06) | DISNEY ENTERPRISES, INC |
| PA 1-328-220 | Hannah Montana, "It's A Mannequin's World" | DISNEY ENTERPRISES, INC |
| PA 1-257-993 | That's So Raven, "Extreme Cory" (3-26) | DISNEY ENTERPRISES, INC |
| PA 1-321-453 | That's So Raven, "Raven, Sydney and the Man" (4-03) | DISNEY ENTERPRISES, INC |
| PA 1-348-324 | Hannah Montana, "O Say, Can You Remember the Words?" (1-13) | DISNEY ENTERPRISES, INC |
| PA 1-322-225 | Disney's The Emperor's New School, "Empress Malina/The Adventures Of Red-Eyed Tree Frog Man"(1-02) | DISNEY ENTERPRISES, INC |
| PA 1-328-209 | Disney's The Emperor's New School, "Peasant for a Day"(1-04) | DISNEY ENTERPRISES, INC |
| Application pending | CSI: Crime Scene Investigation, "One To Go" #910 | CBS |
| PA 1-288-466 | Grey's Anatomy, "Deny, Deny, Deny" | WABC Disney Enterprises, Inc. |
| PA 1-288-467 | Grey's Anatomy, "Bring the Pain" | WABC Disney Enterprises, Inc. |
| PA 1-259-269 | Lost, "Everybody Hates Hugo" | WABC Disney Enterprises, Inc. |
| Application pending | Tiempo | American Broadcasting Companies, Inc. |
| Application pending | Eyewitness News Up Close 11/08/2009 | American Broadcasting Companies, Inc. |
| 1-4T0ML1 | Good Day Street Talk, Holiday Preview 11/14/2009 | Fox Television Stations, Inc. |
| Application pending | Tiempo 11/15/2009 | American Broadcasting Companies, Inc. |
| Application pending | Eyewitness News Up Close 11/15/2009 | American Broadcasting Companies, Inc. |
| PA 1-614-371 | The Simpsons, "Double Double Boy In Trouble" | Twentieth Century Fox Film Corporation |
| 1-4T0MLO | Good Day Street Talk, Body Image 11/21/2009 | Fox Television Stations, Inc. |
| 1-4SMW0U | Live! with Regis and Kelly 11/23/2009 | American Broadcasting Companies, Inc. |

| | | |
|---|---|---|
| PA 1-069-121 | King of the Hill, "Joust Like a Woman" 11/23/2009 | Twentieth Century Fox Film Corporation |
| 1-4SMW0O | One Life to Live 11/25/2009 | American Broadcasting Companies, Inc. |
| | General Hospital 11/25/2009 | American Broadcasting Companies, Inc. |
| PA 1-341-310 | Night at the Museum 11/26/2009 | Twentieth Century Fox Film Corporation |
| PA 963-745 | The Simpsons, "Grift of the Magi" 11/27/2009 | Twentieth Century Fox Film Corporation |
| PA 1-306-625 | Ice Age: The Meltdown 11/27/2009 | Twentieth Century Fox Film Corporation |
| I-29B2UQ | CSI: Crime Scene Investigation, "The Happy Place" | CBS Broadcasting Inc. |
| | Giants Kickoff 12/06/2009 | Fox Television Stations, Inc. |
| | Fox 5 Sports Extra 12/06/2009 | Fox Television Stations, Inc. |
| | Fox 5 News at 10 12/10/2009 | Fox Television Stations, Inc. |
| | Fox 5 News at 10 12/11/2009 | Fox Television Stations, Inc. |
| | Fox 5 News at 10 12/12/2009 | Fox Television Stations, Inc. |
| | Fox 5 News at 10 12/13/2009 | Fox Television Stations, Inc. |
| | Fox 5 Sports Extra 12/13/2009 | Fox Television Stations, Inc. |